UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BENJAMIN CLARK**                                                   **CIVIL ACTION**

**VERSUS**                                                                      **NO. 07-2800**

**LOUIS MARCOTTE, ET AL.**                                     **SECTION "S" (3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this  7th  day of        August       , 2007.

_____
UNITED STATES DISTRICT JUDGE